■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR DEVILLAR, Appellant. [777 NYS2d 751]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 30, 1999 (*People v DeVillar,* 264 AD2d 528 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered November 26, 1990, and dismissing an appeal from a "purported judgment" of the same court rendered August 7, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Florio and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWON DENNIS, Appellant. [777 NYS2d 750]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 31, 1994 (*People v Dennis,* 208 AD2d 945 [1994]), affirming a judgment of the Supreme Court, Kings County, rendered May 18, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and Florio, JJ., concur.